ACCEPTED
03-15-00265-CR
5550865
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/4/2015 3:30:31 PM
JEFFREY D. KYLE
CLERK

**IN THE
COURT OF APPEALS
FOR THE
THIRD DISTRICT OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/4/2015 3:30:31 PM
JEFFREY D. KYLE
Clerk

NO.: 03-15-00265-CR

ROBIE LEE LAWHON

v.

STATE OF TEXAS

On Appeal from the 200th Judicial District Court of
Milam County, Texas (No. CV36,868)

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF
FOR APPELLANT ROBIE LEE LAWHON**

Tyler Pennington
PENNINGTON LAW PLLC
106 S. Harris St., Suite 125
Round Rock, Texas 78664
Tel: (512) 255-2733
Fax: (866) 736-3690

COUNSEL FOR APPELLANT
ROBIE LEE LAWHON

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellant Robie Lee Lawhon, through his *attorney of record*, Tyler Pennington of Pennington Law PLLC respectfully requests an extension to file his appellant brief. Undersigned counsel has various trial settings from the date of filing this motion through the end of June 2015. Due to undersigned counsel's trial schedule he is unable to submit the brief by the current deadline of June 11, 2015. Furthermore, the briefs in cause numbers 03-15-00288-CR and 03-15-00277-CR are both due on June 22, 2015 and the brief on this case is substantially the same as the briefs on the above listed cases. Undersigned counsel has also requested an extension of time to file briefs on cause numbers 03-15-00288-CR and 03-15-00277-CR and therefore Appellant requests an extension making this brief due on July 22, 2015 the same date requested on the extension of briefs for cause numbers 03-15-00288-CR and 03-15-00277-CR.

Dated:  June 4, 2015                    Respectfully submitted,

                                        */s/Tyler Pennington*
                                        Tyler Pennington
                                        PENNINGTON LAW PLLC
                                        106 S. Harris St., Suite 125
                                        Round Rock, Texas 78664
                                        Tel: (512) 255-2733
                                        Fax: (866) 736-3690

                                        COUNSEL FOR APPELLANT
                                        ROBIE LEE LAWHON

**CERTIFICATE OF SERVICE**


This is to certify that a true copy of the above and foregoing instrument, together with this proof of service has been send to the District Attorney's Office of Milam County, Texas on June 4, 2015 via as follows:


Bill Torrey
Milam County District Attorney
204 N. Central
Cameron, Texas 76520
PH: 254-697-7013
FAX: 254-697-7016
*By facsimile*


*/s/Tyler Pennington*
Tyler Pennington